IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                              No. 4:21-cr-232-DPM-3

ERICA FULLER                                                           DEFENDANT

## ORDER

1.    After conferring with counsel, Erica Fuller consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, *Doc. 95*. No objections were filed and the time to do so has passed.

2.    On 11 August 2021 in the Eastern District of Arkansas, and while on pretrial release in *United States v. Harris*, Case No. 4:19-cr-456-BRW-2 (E.D. Ark.), Fuller knowingly and intentionally possessed with intent to distribute more than fifty grams, but less than 500 grams, of methamphetamine, as charged in count 10 of the Indictment. She made a knowing and voluntary choice to plead guilty under the terms of her proposed plea agreement. The Court has reviewed and accepts that agreement. Fed. R. Crim. P. 11(c)(3)(A).

3.    The Court accepts Fuller's guilty plea and convicts her of the offense. The United States' oral motion to dismiss is granted. Count 1 is dismissed without prejudice as to Fuller.

4. A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 April 2023