IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                              No. 4:21-cr-232-DPM-3

ERICA FULLER                                                  DEFENDANT
Reg. No. 32840-009

ORDER

Fuller* has filed a motion for appointment of a lawyer. She hopes to file a motion to reduce her sentence based on amendments to the Sentencing Guidelines.

Fuller doesn't have a right to an appointed lawyer in these circumstances. *United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009). And, regardless, she isn't entitled to a reduced sentence. She wasn't a zero-point offender and didn't receive any status points. Her motion, Doc. 137, is therefore denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2024

---

* Fuller signed her motion as Erica Harris, a name she has used in the past. I refer to her here as Fuller, as that is the name I know her by and how she is named in the Indictment.